# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 1:18-cv-00898 (TNM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## SECOND JOINT STATUS REPORT

The parties, by counsel and pursuant to this Court's June 20, 2018 Order, respectfully submit this second joint status report:

1. At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch Inc.'s December 15, 2017 FOIA request to the Federal Bureau of Investigation ("FBI"), a sub-component of Defendant, the United States Department of Justice, seeking the following:

> **Any and all calendar, scheduler, and visitor log entries maintained for FBI Deputy Director Andrew McCabe, whether in physical or electronic form, and whether maintained by Deputy Director McCabe himself or members of his staff.**
>
> **The time frame for the requested records is January 1, 2015 to the present.**

2. Plaintiff filed its Complaint on April 17, 2018. Defendant filed its Answer on May 30, 2018. Also on May 30, 2018, the Court issued an Order, which stated that "the parties shall meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter" by June 20, 2018. The Court specified, "The schedule should address, among other things, the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether

a motion for an Open America stay is likely in this case, whether a Vaughn index will be required in this case, and a briefing schedule for dispositive motions, if required."

3. The parties met and conferred on June 18, 2018. Among other things, Defendant advised Plaintiff of a prior lawsuit between the two parties seeking similar records under FOIA. *See Judicial Watch, Inc. v. U.S. Dep't of Justice*, Civil No. 1:17-CV-1493-JEB (D.D.C., July 26, 2017). Specifically, that FOIA request sought, among other things, records from Deputy Director McCabe's calendar entries from "March 1, 2015 to the present." *Id.*, ECF No. 1, ¶ 5. Defendant's search in that case covered the period of March 1, 2015 to November 15, 2016, the date Defendant conducted the search. The Court dismissed that case with prejudice after Defendant complied with Plaintiff's FOIA request. *Id.*, ECF No. 10.

4. On June 18, 2018, Defendant filed an Amended Answer in this case asserting the additional defenses of *res judicata* and collateral estoppel as to the records at issue in case number 17-1493.

5. On June 20, 2018, parties filed their initial joint status report, as ordered. In the report, Defendant advised this Court that the FBI completed its search, located about 173 pages of potentially responsive records, and expected to complete processing by August 17, 2018. Defendant did not believe that a motion for an open America stay is likely and did not yet know, at that juncture, whether a Vaughn index would be required in the case. Both parties believed it was not appropriate at that time to propose a briefing schedule and would propose one in the next report, if necessary. In the minute order that followed, this Court ordered a second joint status report to be filed on August 31, 2018.

**Developments Since June 20, 2018 Order**

6. On August 17, 2018, Defendant mailed Plaintiff 173 pages of responsive records subject to FOIA.  Certain portions were redacted under FOIA Exemption (b)(6), (b)(7)(A), and (b)(7)(E).

7. On August 30, 2018, parties met and conferred regarding the Defendant's August 20, 2018 production.  Plaintiff advised Defendant of its objections to records withheld pursuant to FOIA Exemption (b)(6).  The parties agreed that an additional two weeks would be necessary to attempt to resolve their differences and, if unsuccessful, file a third joint status report with a briefing schedule for this Court on or before September 14, 2018.

Dated: August 31, 2018

/s/ Eric W. Lee_____
Eric W. Lee
D.C. Bar # 1049158

JUDICIAL WATCH, INC.
425 Third Street, S.W.
Suite 800
Washington, D.C. 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: elee@judicialwatch.org

*Attorney for Plaintiff*

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Civil Division

/s/ Benjamin T. Takemoto_____
BENJAMIN T. TAKEMOTO
(D.C. Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530
Tel: (202) 532-4252
Fax: (202) 616-8470
Email: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*